No. 15-25-00097-CV

ACCEPTED
15-24-00097-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 8:55 AM
CHRISTOPHER A. PRINE
CLERK

IN THE FIFTEENTH COURT OF APPEALS
SITTING IN AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 8:55:31 AM
CHRISTOPHER A. PRINE
Clerk

**GREGORY ALAN ALEMAN,**
APPELLANT

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
APPELLEE

## APPELLEE'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

### A. INTRODUCTION

1. Appellant is Gregory Alan Aleman; Appellee is Texas Department of Public Safety.

2. The County Court at Law No. 1 of Bell County, Texas, signed the final judgement in the underlying case, Gregory Alan Aleman v. Texas Department of Public Safety, cause no 24CCV00873, on January 16, 2025.

3. Appellant perfected the appeal on February 13, 2025.

4. The clerk's record was filed on March 14, 2025; the reporter's record

was filed on May 6, 2025.

## B. ARGUMENT AND AUTHORITIES

5. The Court has the authority to dismiss this appeal for want of prosecution or, in the alternative, to affirm the trial court's judgement. TEX. R. APP. P. 42.3(b).

6. Appellant's brief was due on June 5, 2025. On June 6, 2025, counsel for appellant filed with this court a Petition for Writ of Mandamus, which was given a Cause No. of 15-25-00099-CV.

   In a Memorandum Opinion issued June 19, 2025, this Court denied the Petition for Writ of Mandamus. Further, in a letter dated June 16, 2025, and transmitted on June 19, 2025, this court issued a Late Notice for the appellant's brief which extended the time to file the brief or a Motion for Extension until Thursday, June 26, 2025.

   More than 14 days have expired since the deadline of June 26, 2025, and the appellant has not filed a brief and has not asked for an extension of time to file a brief. Under the Texas Rules of Appellate Procedure 42.3(b), the Court may dismiss this appeal for want of prosecution.

## C. CONCLUSION

7. The Department would ask that the Court grant this unopposed motion and dispose of this action.

ii

## D. PRAYER

8. For the reasons, appellee asks the Court to grant this motion and dismiss this appeal or, in the alternative, to affirm the trial court's judgment.

Respectfully Submitted,

*/s/ Elizabeth A. Dupuy*
ELIZABETH A. DUPUY
Staff Attorney,
ALR Appellate Section
SBN 24056369
P.O. Box 15327
Austin, Texas 78761-5327
Tel:   (512) 424-5193
Fax:   (512) 424-5221
elizabeth.dupuy@dps.texas.gov

RONALD SIMPSON
Staff Attorney, ALR Division
SBN 24067868
ronald.simpson@dps.texas.gov

ATTORNEYS FOR APPELLEE
TEXAS DEP'T OF PUB. SAFETY

## CERTIFICATE OF CONFERENCE

I certify that, I have conferred with David Fernandez, attorney of record for Appellant, on the July 8, 2025, and he has agreed and is unopposed to Appellee's Motion to Dismiss for Want of Prosecution.

*/s/ Elizabeth A. Dupuy*
ELIZABETH A. DUPUY

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above and foregoing Appellee's Motion to Dismiss for Failure to Prosecute by electronic mail, per TEX. R. APP. P. 9.5(b)(1), to David Fernandez, counsel of record for Appellant, Gregory Alan Aleman, to the electronic mail address on record with efile.txcourts.gov, on July 11, 2025.

*/s/ Elizabeth A. Dupuy*
ELIZABETH A. DUPUY

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103186935
Filing Code Description: Motion - Exempt
Filing Description: Motion to Dismiss for Want of Prosecution
Status as of 7/16/2025 10:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| ALR APPEALS | | ALR_Appeals@dps.texas.gov | 7/16/2025 8:55:31 AM | NOT SENT |
| Elizabeth Dupuy | | elizabeth.dupuy@dps.texas.gov | 7/16/2025 8:55:31 AM | NOT SENT |
| David Fernandez | 6933700 | oscar2china@icloud.com | 7/16/2025 8:55:31 AM | NOT SENT |